**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| **ITS LOGISTICS, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No.: 2:23-cv-02800-SHM-tmp** |
| | ) | |
| **FEDEX TRADE NETWORKS** | ) | |
| **TRANSPORT & BROKERAGE, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

---

**ORDER GRANTING MOTION TO APPEAR PRO HAC VICE**

---

Before the Court is the August 8, 2024 Motion of Michael J. Smith for Leave to Appear Pro Hac Vice on behalf of FedEx Trade Networks Transport & Brokerage, Inc. (ECF No. 37.) Smith has submitted documentation showing that he is a member of the bar of the District of Columbia Court of Appeals and the United States District and Bankruptcy Courts for the District of Columbia.

Smith is familiar with and agrees to be bound by the local rules and professional guidelines of this Court. For good cause shown, the motion is GRANTED, and Michael J. Smith is admitted to participate in this action as counsel for FedEx Trade Networks Transport & Brokerage, Inc.

It is SO ORDERED this 9th day of August, 2024.

*/s/   Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE