# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | | |
|---|---|---|
| ITS LOGISTICS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.: 2:23-cv-2800-SHM-tmp |
| | § | |
| FEDEX TRADE NETWORKS | § | |
| TRANSPORT & BROKERAGE, | § | |
| INC., | § | |
| | § | |
| Defendant. | § | |

---

## ORDER OF DISMISSAL

---

Before the Court is the parties' May 23, 2025 stipulation of dismissal with prejudice (D.E. 49). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the parties' stipulation, this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 23rd day of May, 2025.

_/s/ Samuel H. Mays, Jr._
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE