**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **ITS LOGISTICS, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **No.: 2:23-cv-2800-SHM-tmp** |
| | § | |
| **FEDEX TRADE NETWORKS** | § | |
| **TRANSPORT & BROKERAGE,** | § | |
| **INC.,** | § | |
| | § | |
| **Defendant.** | § | |

# JUDGMENT

Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Order docketed on May 23, 2025.

## APPROVED:

*/s/ Samuel H. Mays, Jr.*_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

___May___23_, 2025_____
DATE

WENDY R. OLIVER____
CLERK


 */s/  Jairo Mendez*_____
(By) DEPUTY CLERK